IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NICHOLAS FERLATTE<br><br><br>    Defendant. | **Cause No. 4:24-cr-00188-JST**<br><br>Amended Motion to Modify Conditions of Release Filed May 23, 2024 |

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Comes now Defendant Nicholas Ferlatte, by and through his counsel Thomas F. McKenna and hereby requests this Court enter an order modifying the conditions of release, to allow Defendant unsupervised visits with his 14 year old son. In support thereof, Defendant states as follows:

1. The Order Setting Conditions of Release was entered on April 9, 2024.

2. Defendant is currently being supervised by the U.S. Pretrial Services Office.

3. Defendant is fully compliant with the conditions of release.

4. Defendant now seeks a modification of this Court's order, allowing him unsupervised visits with his 14 year old son Kai. It is causing severe hardship on Father and Son.(See Kai's letter attached as Exhibit A.)

1

WHEREFORE, for the foregoing reasons Defendant requests this Court enter an order modifying his conditions of release to allow him to have unsupervised visits with his son Kai.

Dated this 13th day of June, 2024

/s/ Thomas F. McKenna
Thomas F. McKenna
Attorney for Defendant Nicholas Ferlatte
201 N Civic Dr Suite 225
Walnut Creek, CA 94596
Phone (925) 933-7500
Fax (925)933-4515
tom@tfmcriminallawfirm.net

## Certificate of Service

The undersigned certifies that a true and correct copy of defendant Ferlatte's Motion to Modify Conditions of Release was electronically filed and served on the Court's electronic filing system:

DATED this 13th day of June, 2024.

Thomas F. McKenna
Attorney for Defendant Nicholas Ferlatte
201 N Civic Dr Suite 225
Walnut Creek, CA 94596
Phone (925) 933-7500
Fax (925)933-4515
tom@tfmcriminallawfirm.net

---------- Forwarded message ---------
From: **Kai Ferlatte** <kaiferlatte@icloud.com>
Date: Tue, May 7, 2024 at 7:32 PM
Subject: Re: Court
To: Nicholas Ferlatte <nferlatte@gmail.com>


Hi my name is Kai Ferlatte I'm 14 years old
My dad and I have a very good relationship. I love him so much and I always want to see him. Our relationship is super important to me because he is my father. I feel very safe around him and he has never touched me in anyway inappropriately. When I look at him, I see him as a mentor and father figure and someone who loves me so much. It's super important to me to see him as much as possible before he's gone.